AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RONALD JEROME LAWSON**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JANUARY 9, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Citibank, the deposits of which were the insured by the Federal Deposits Insurance Corporation.**

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __SPECIAL AGENT DANIEL K. BREMER__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT DANIEL K. BREMER**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at   Washington, D.C.
Date                                        City and State

_____            _____
Name & Title of Judicial Officer            Signature of Judicial Officer

**STATEMENT OF FACTS**

On January 9, 2007 at approximately 2:22 p.m., defendant, Ronnie Jerome Lawson, entered the Citibank located at 3917 Minnesota Avenue NE, Washington D.C. 20016, and asked the teller at counter #3 if he could open an account. Defendant was told to wait in the lobby until a representative was available to assist him. After waiting several minutes, defendant stood up and walked up to teller #1 who also advised him to wait in the lobby for a representative. Defendant sat down briefly and thereafter stood in the teller line until teller #2 was available. Defendant then presented the victim teller at counter #2 with two business cards (to simulate two forms of identification) and a demand note with the following writing on it: "$2500.00 dollars in cash, $20 dollar bills only or someone behind me dies...and no dye packs." In addition, the defendant on at least one occasion implied that he had a weapon by placing his right hand into his jacket. The defendant did not make any verbal contact with teller #2, the victim teller.

The victim teller first removed a total 53 $20 dollar bills from his top drawer and placed it into an electronic money counter. After realizing that this amount did not meet the demand of $2500.00, the victim teller removed a strap of $20 dollar bills totaling $2,000.00 from his bottom drawer and gave it to the defendant. No bait money or dye back were given to the defendant. The defendant then fled the bank on foot toward an adjacent shopping center in an unknown direction.

On January 17, 2007, the defendant returned to the Citibank located at 3917 Minnesota Avenue, NE, Washington, D.C. 20016. Upon entering the bank he walked to the window of teller #4 and handed the teller a note which read "$20,000 cash or someone dies and return the note." Within seconds, the silent Bank alarm was activated, and members of the Sixth District Metropolitan Police Department arrived shortly thereafter and detained the defendant. After the defendant was identified by several of the bank employees as the person who had robbed the bank on January 9, 2007, he was placed under arrest.

_____
SPECIAL AGENT DANIEL K. BREMER
FEDERAL BUREAU OF INVESTIGATION


Sworn and subscribed before me on this ___ day of January , 2007.



_____
U.S. MAGISTRATE JUDGE