IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :** |
| | : | |
| v. | : | **MAGISTRATE NO.: 07-0012M-01 (CR)** |
| | : | |
| **RONALD J. LAWSON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S MOTION TO COMPEL
## PRODUCTION OF HANDWRITING EXEMPLARS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an Order granting the government's motion to compel the production of handwriting exemplars by the defendant in the above-referenced case. In support of its motion, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on this motion.

The defendant, Ronald Lawson, has been charged by complaint with committing a bank robbery at CitiBank, located at 3917 Minnesota Avenue, NE, Washington, D.C., on January 9, 20007. The defendant was able to escape the bank, but he left a demand note which stated: "$2500.00 dollars in cash, $20 dollar bills only or someone behind me dies ... and no dye paks." The government requests that the Court order the defendant to provide handwriting exemplars to compare with the writing on the demand note.

It is well settled that the Fifth Amendment privilege against self incrimination "does not preclude the use of one's body as evidence." United States v. Nesmith, 121 F. Supp. 758, 760 (D.D.C. 1954). This doctrine extends to compelling a suspect to provide handwriting exemplars,

as well as fingerprints.  See Gilbert v. California, 388 U.S. 263, 266 (1967) (taking handwriting exemplars does not violate a defendant's Fifth Amendment privilege against self-incrimination); Lewis v. United States, 382 F.2d 817 ( D.C. Cir.), cert. denied, 389 U.S. 962 (1967) (taking handwriting exemplars, without counsel present, does not violate defendant's Fifth Amendment right against self-incrimination, nor his Sixth Amendment right to counsel).

It is also settled that no Fourth Amendment privacy interest is violated when handwriting, fingerprints or similar physical characteristics are observed, taken or recorded.  United States v. O'Mara, 410 U.S. 19, 22 (1973) (handwriting exemplars permitted); United States v. Dionisio, 410 U.S. 1, 8 (1973) (voice exemplars permitted).  Furthermore, since the taking of handwriting exemplars or fingerprints is not a "critical stage" in a criminal proceeding, this procedure does not trigger the Sixth Amendment

right to have counsel present.  See Lewis, supra, 382 F.2d at 819.

    WHEREFORE, the government requests that this Court order the defendant to provide handwriting exemplars on a date mutually agreeable to the parties.

                            Respectfully submitted,

                            JEFFREY A. TAYLOR
                            United States Attorney
                            D.C. Bar Number 498610


By: _____
     Debra L. Long-Doyle
     D.C. Bar Number 362518
     Assistant U.S. Attorney
     United States Attorney's Office
     Federal Major Crimes Section
     555 4th Street, N.W.
     Washington, D.C.  20530
     (202) 353-1666
     Debra.Long-Doyle@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :** |
| | : | |
| v. | : | **MAGISTRATE NO.: 07-0012M-01 (CR)** |
| | : | |
| **RONALD J. LAWSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

ORDER

Based upon the government's motion that the defendant produce handwriting exemplars, and for good cause shown, the Court having given consideration to the case law, including the opinion of the Court in Lewis v. United States, 382 F.2d 817 (D.C. Cir.), cert. denied, 389 U.S. 962 (1967) (taking handwriting exemplars, without counsel present, does not violate defendant's Fifth Amendment right against self-incrimination, nor his Sixth Amendment right to counsel), it is this ____ day of January, 2007,

ORDERED, that the defendant provide handwriting exemplars to the government on a date mutually agreed upon by the parties.

DEBORAH A. ROBINSON
United States Magistrate Judge